**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kenneth JOHNSON, Defendant–
Appellant.**

No. 09–2323.

United States Court of Appeals,
Seventh Circuit.

Jan. 26, 2010.*

Joshua P. Kolar, Attorney, Office of the United States Attorney, Hammond, IN, for Plaintiff–Appellee.

John E. Martin, Attorney, Indiana Federal Community Defenders, Inc., Hammond, IN, for Defendant–Appellant.

Before DIANE P. WOOD, Circuit Judge, TERENCE T. EVANS, Circuit Judge, DIANE S. SYKES, Circuit Judge.

**ORDER**

Kenneth Johnson received a two-level sentence reduction under Amendments 706 and 711 to the Sentencing Guidelines, which the Sentencing Commission has declared to be retroactive. Johnson would like a reduction greater than the two levels permitted under the amended guidelines, but his position is foreclosed by *United States v. Cunningham,* 554 F.3d 703 (7th

Cir.2009), where we held that district courts lack the authority to impose sentences below the minimum amended guidelines range when ruling on sentencing reductions under 18 U.S.C. § 3582(c)(2).

The Supreme Court recently granted certiorari in *United States v. Dillon,* 572 F.3d 146 (3d Cir.2009), *cert. granted,* —— U.S. ——, 130 S.Ct. 797, —— L.Ed.2d —— (2009), which will address the issue Johnson raises. We therefore hold Johnson's appeal until the decision in *Dillon.*